UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK d/b/a ALBERT EINSTEIN MEDICAL CENTER, *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>ALEX M. AZAR II, Secretary of Health and Human Services,<br><br>　　　　Defendant. | Case No.: 17-cv-1134 *et al.* (ABJ) |

**NOTICE OF CURRENTLY PENDING *ALLINA II*-TYPE CASES**

Pursuant to the Court's Minute Order of July 9, 2019, Defendant respectfully attaches as Exhibit A to this Notice a list of known, currently pending *Allina II*-type cases that may be the subject of Defendant's anticipated motion to consolidate. Because new cases continue to be filed and Defendant may not learn of newly-filed cases immediately, this list may be underinclusive.

Dated: July 11, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　MICHELLE R. BENNETT
　　　　　　　　　　　　　　　　　　　Assistant Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　By: */s/ Serena M. Orloff*
　　　　　　　　　　　　　　　　　　　SERENA M. ORLOFF
　　　　　　　　　　　　　　　　　　　California Bar No. 260888
　　　　　　　　　　　　　　　　　　　Trial Attorney, U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　1100 L Street NW, Room 12512

                Washington, D.C. 20005
                202-305-0167 (phone)
                202-616-8470 (fax)
                E-mail: Serena.M.Orloff@usdoj.gov

                *Counsel for Defendant*