# EXHIBIT A

**List of Pending *Allina II*-Type Cases that the Secretary May Seek to Consolidate**
(as of July 10, 2019)

1. *Albert Einstein Medical Center v. Azar*, 17-1134 (D.D.C.) (ABJ) and consolidated cases, as follows:

   *Aria Health v. Azar*, 17-1402 (D.D.C.) (ABJ)
   *Bedford Memorial Hosp. v. Azar*, 17-1471 (ABJ)
   *Adcare Hospital v. Azar*, 17-1896 (D.D.C.) (ABJ)
   *St. Mary's Health Care Sys. v. Azar*, 17-2106 (D.D.C.) (ABJ)
   *Cartersville Medical Center v. Azar*, 17-2696 (D.D.C.) (ABJ)
   *Banner Health v. Azar*, 18-275 (D.D.C.) (ABJ)
   *Central Florida Regional Hospital v. Azar*, 18-286 (D.D.C.) (ABJ)
   *Baptist Hospital v. Azar*, 1:18-cv-00404 (D.D.C) (ABJ)
   *Legacy Emanuel Hosp. v. Azar*, 18-695 (D.D.C.) (ABJ)
   *Coastal Carolina Med. Center v. Azar*, 18-970 (D.D.C.) (ABJ)
   *Doctors Hospital of Augusta v. Azar*, 18-829 (ABJ)
   *Grady Mem'l Hosp. v. Azar*, 18-1126 (D.D.C.) (ABJ)
   *Fort Sanders Reg'l Med. Ctr. v. Azar*, 18-1155 (D.D.C.) (ABJ)
   *East Carolina Health v. Azar*, 18-1571 (D.D.C.) (ABJ)
   *Coliseum Medical Center v. Azar*, 18-1845 (D.D.C.) (ABJ)
   *Berkshire Medical Center v. Azar*, 18-2404 (D.D.C.) (ABJ)
   *Palm Beach Gardens Community Hospital v. Azar*, 18-2736 (D.D.C.) (ABJ)
   *Alameda County Medical Center v. Azar*, 18-2967 (D.D.C.) (ABJ)
   *Care New England Health System v. Azar*, 19-63 (D.D.C.) (ABJ)
   *Antelope Valley Hospital v. Azar*, 19-328 (D.D.C.) (ABJ)
   *Banner Health v. Azar*, 19-896 (D.D.C.) (ABJ)
   *Harrison Medical Center v. Azar*, 19-964 (D.D.C.) (ABJ)
   *Fort Loudoun Medical Center v. Azar*, 19-1361 (D.D.C.) (ABJ)
   *Homestead Hospital, Inc. v. Azar*, 19-1362 (D.D.C.) (ABJ)
   *Lourdes Medical Center of Burlington County v. Azar*, 19-1514 (D.D.C.) (ABJ)
   *East Cooper Community Hospital, Inc. v. Azar*, 19-1534 (D.D.C.) (ABJ)

2. *Florida Health Sciences Ctr. v. Azar*, 17-1751 (D.D.C.) (RC)
3. *Baptist Mem'l Hosp. v. Azar*, 17-1968 (D.D.C.) (EGS)
4. *Menifee Valley Med. Ctr. v. Azar*, 17-2029 (D.D.C.) (EGS)
5. *Albany Medical Center Hospital v. Azar*, 17-2668 (D.D.C.) (JDB)
6. *Adventist Bolingbrook Hospital v. Azar*, 17-2683 (D.D.C.) (BAH)
7. *Anderson Hospital v. Azar*, 17-2749 (D.D.C.) (RC)
8. *Advocate Christ Hospital v. Azar*, 17-2321 (D.D.C.) (RC)
9. *St. Agnes Medical Center v. Azar*, 18-222 (D.D.C.) (CRC) and consolidated cases, as follows:

   *Methodist Medical Center of Illinois v. Azar*, 18-1248 (D.D.C.) (CRC)
   *Advocate Christ Medical Center v. Azar*, 18-1385 (D.D.C.) (CRC)
   *Beebe Medical Center v. Azar*, 18-1613 (D.D.C.) (CRC)

*Allen Memorial Hospital v. Azar*, 18-2171 (D.D.C.) (CRC)
*Hackensack University Medical Center v. Azar,* 19-670 (D.D.C.) (CRC)
*Nyack Hospital v. Azar*, 19-1008 (D.D.C.) (CRC)
*University of Washington Medical Center v. Azar*, 19-1104 (D.D.C.) (CRC)
*Houston Methodist Hospital v. Azar*, 19-1150 (D.D.C.) (CRC)
*Maine Coast Memorial Hospital v. Azar*, 19-1181 (D.D.C.) (CRC)
*Ascension Via Christi Hospital v. Azar*, 19-1216 (D.D.C.) (CRC)
*Providence Saint Peter Hospital v. Azar*, 19-1363 (D.D.C.) (CRC)
*Southern Maine Medical Center v. Azar*, 19-1366 (D.D.C.) (CRC)
*Barnes-Jewish Hospital v. Azar*, 19-1445 (D.D.C.) (CRC)
*Ruby Memorial Hospital v. Azar*, 19-1600 (D.D.C.) (CRC)

10. *Atrium Medical Center v. Azar*, 18-266 (D.D.C.) (RC)
11. *Alhambra Hospital and Medical Center v. Azar*, 18-590 (D.D.C.) (BAH)
12. *Shannon Med. Center v. Azar*, 18-799 (D.D.C.) (DLF)
13. *Alamance Regional Medical Center v. Azar*, 18-936 (D.D.C.) (JDB)
14. *Alta Los Angeles Hospitals, Inc. v. Azar*, 18-934 (D.D.C.) (RJL)
15. *Alliance Community Hospital v. Azar*, 18-972 (D.D.C.) (DLF)
16. *Covenant Medical Center v. Azar*, 18-1330 (D.D.C.) (BAH)
17. *E.A. Conway Medical Center v. Azar*, 18-1415 (D.D.C.) (DLF)
18. *AHS Cushing Hospital v. Azar*, 18-1454 (D.D.C.) (DLF)
19. *Arizona Regional Medical Center v. Azar*, 18-1367 (D.D.C.) (BAH)
20. *Edward W. Sparrow Hospital v. Azar*, 18-1689 (D.D.C.) (RMC)
21. *Yale-New Haven Hospital v. Azar*, 18-1718 (D.D.C.) (ESH)
22. *Affinity Hospital v. Azar*, 18-1956 (D.D.C.) (APM)
23. *Atrium Medical Center v. Azar*, 18-1993 (D.D.C.) (RC)
24. *Jefferson Parish Hospital Service District No. 2 v. Azar*, 18-2039 (D.D.C.) (DLF)
25. *Affinity Hospital v. Azar*, 18-2110 (D.D.C.) (APM)
26. *Aiken Regional Medical Centers v. Azar*, 18-cv-02173 (D.D.C.) (RCL)
27. *Bon Secours Depaul Medical Center v. Azar*, 18-2285 (D.D.C.) (JEB)
28. *Brooks Memorial Hospital v. Azar*, 18-2705 (D.D.C.) (JDB)
29. *Methodist Healthcare-Memphis Hospitals v. Azar*, 18-2801 (D.D.C.) (RC)
30. *Long Beach Memorial Medical Center v. Azar*, 18-3040 (D.D.C.) (APM)
31. *Atrium Medical Center v. Azar*, 19-410 (D.D.C.) (RC)
32. *Lehigh Regional Medical Center v. Azar*, 19-1014 (D.D.C.) (BAH)
33. *Flower Hospital v. Azar*, 19-1046 (D.D.C.) (BAH)
34. *Hollywood Presbyterian Medical Center v. Azar*, 19-1038 (D.D.C.) (BAH)
35. *Shannon Medical Center v. Azar*, 19-1051 (D.D.C.) (BAH)
36. *Fresno Community Hospital and Medical Center v. Azar*, 19-1224 (D.D.C.) (CJN)
37. *University of North Carolina Hospitals at Chapel Hill v. Azar*, 19-1356 (D.D.C.) (APM)
38. *Alvarado Hospital Medical Center v. Azar*, 19-1378 (D.D.C.) (BAH)
39. *Anderson Hospital v. Azar*, 19-1386 (D.D.C.) (JDB)
40. *High Point Regional Health v. Azar*, 19-1432 (D.D.C.) (KBJ)
41. *SSM Good Samaritan Regional Health Center v. Azar*, 19-1829 (D.D.C.) (CRC)
42. *MCG Medical Center v. Azar*, 19-1855 (D.D.C.) (CRC)

43. *Whittier Hospital Medical Center v. Azar*, 19-1839 (D.D.C.) (CRC)
44. *Medical Center of Mesquite v. Azar*, 19-1968 (D.D.C.) (CRC)